# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF WISCONSIN

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                 Plaintiff,<br>v.<br><br>PATRICK JONES,<br><br>                 Defendant. | Case No. 11-CR-73-1-JPS<br><br>**ORDER** |

On July 14, 2017, Defendant moved the Court for early termination of his term of supervised release. (Docket #123). The Court may terminate supervised release after one year of supervision "if it is satisfied that such action is warranted by the conduct of the defendant released and the interest of justice." 18 U.S.C. § 3583(e)(1). In making this assessment, the Court reconsiders each of the sentencing factors provided in 18 U.S.C. § 3553(a). *United States v. Lowe*, 632 F.3d 996, 998 (7th Cir. 2011). In support of his motion, Defendant cites his age, lack of subsequent record, supportive family, consistent employment, and the fact that the U.S. Probation Office does not object to his request. (Docket #123 at 2-4). The government opposes the motion in light of the extremely serious nature of Defendant's offense: managing a marijuana distribution organization for over a decade. (Docket #125 at 3). Having weighed each of the Section 3553(a) factors against the parties' arguments, the Court concludes that early termination of Defendant's supervised release is appropriate. Absent any violations in the interim, Defendant's term of supervised release shall terminate effective **November 1, 2017**.

Accordingly,

**IT IS ORDERED** that Defendant's motion for early termination of his term of supervision (Docket #123) be and the same is hereby **GRANTED**; and

**IT IS FURTHER ORDERED** that Defendant's term of supervised release shall end on **November 1, 2017**.

Dated at Milwaukee, Wisconsin, this 26th day of July, 2017.

BY THE COURT:

J. P. Stadtmueller
U.S. District Judge